**Katelyn S. Oldham, OSB # 024115**
Email: katelyn@oldhamlawoffice.com
OLDHAM LAW OFFICE
1336 E. Burnside St., Suite 130
Portland, OR 97214
Telephone: (503) 957-3709
Facsimile: (503) 236-0028

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NICOLE WHITLEY,<br><br>                    Plaintiff,<br><br>v.<br><br>The CITY OF PORTLAND, DAVE FAMOUS and ROBERT DAY, in their individual capacities as police officers for the Portland Police Bureau, and CAMERON CAMPBELL, in his individual capacity as a trainer for the Oregon Department of Public Safety Standards and Training,<br><br>                    Defendants. | Case No. CV '07-1114-AC<br><br>ORDER OF DISMISSAL OF DEFENDANT CAMERON CAMPBELL |

ORDER OF DISMISSAL OF DEFENDANT CAMERON CAMPBELL

Plaintiff Nicole Whitley and Defendant Cameron Campbell have resolved their legal issues by written agreement and Plaintiff has moved the court for an order dismissing Defendant Cameron Campbell from the litigation as a part of that agreement.

This court hereby grants plaintiff's motion and, pursuant to that motion this Order dismisses Cameron Campbell from the above-captioned case with prejudice and without an award of costs or attorneys fees to any party.

///

///

///

PAGE 1 - ORDER OF DISMISSAL OF DEFENDANT CAMERON CAMPBELL

DATED this _3rd_ day of June, 2008.

_____
Judge John Acosta

PAGE 2 - ORDER OF DISMISSAL OF DEFENDANT CAMERON CAMPBELL

Oldham Law Office
1336 E. Burnside St., Suite 130
Portland, OR 97214
(503) 957-3709
Fax: (503) 236-0028