FILED'09 AUG 12 15:54 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICOLE WHITLEY,

      Plaintiff,

  v.

The CITY OF PORTLAND, and
ROBERT DAY, in his individual
capacity as a police officer
for the Portland Police Bureau,

      Defendants.

Civil No. 07-1114-AC

ORDER

MARSH, Judge.

    Magistrate Judge John V. Acosta filed his Findings and Recommendation (#171) on May 20, 2009. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo*

1 - ORDER

determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Plaintiff timely filed numerous objections to portions of the Findings and Recommendation. Defendants timely filed a response objecting to the Magistrate's determination that an issue of fact prevents summary judgment on plaintiff's retaliation claims under Title VII and Or. Rev. Stat. 659.030(f). Therefore, I have conducted a *de novo* review of this case. Having thoroughly examined the parties' lengthy objections, I conclude that they are without merit and I find no error.

Accordingly, I ADOPT the Findings and Recommendation (#171) of Magistrate Judge John V. Acosta.

IT IS SO ORDERED.

DATED this **12** day of AUGUST, 2009.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER